JS 45 (01/2008)                                  REDACTED

Criminal Case Cover Sheet                                                                 U.S. District Court

**Place of Offense:**          Under Seal: Yes ___ No _X_   Judge Assigned: Hon. Nachmanoff
City    Herndon, Virginia    Superseding Indictment ____   Criminal Number: 1:25-CR- 210
County/Parish  Fairfax       Same Defendant ____           New Defendant   _X_
                             Magistrate Judge Case Number ____   Arraignment Date: ____
                             Search Warrant Case Number ____
                             R 20/R 40 from District of ____
                             Related Case Name and No: ____

Defendant Information:
**Juvenile -- Yes ___ No _X_  FBI #** ____
**Defendant Name:** Ibraheem Sabri Samirah    Alias Name(s) ____
**Address:** Herndon, VA
**Employment:** Community First Dental, 46045 Palisade Parkway, Sterling, VA 20165
**Birth date** xx/xx/1991  **SS#** xxx-xx-3143  **Sex** M  **Def Race** ____  Nationality United States  Place of Birth Chicago, IL, US
**Height** 5' 9"   **Weight** 168   **Hair** Black   **Eyes** Hazel   Scars/Tattoos ____

**Interpreter:** _X_ No ___ Yes  List language and/or dialect: ____   Automobile Description  2018 blue Kia Stinger Sedan
Location Status:
Arrest Date ____
___ Already in Federal Custody as of ____ in ____
___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody
___ Arrest Warrant Requested    ___ Fugitive               ___ Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought       ___ Bond

Defense Counsel Information:
Name:   Lloyd Liu                       ___ Court Appointed     Counsel conflicted out: ____
Address:  1730 Rhode Island Ave., NW, Washington DC, 20036    _X_ Retained
Telephone: 703-352-0100                 ___ Public Defender     Federal Public Defender's Office conflicted out:
U.S. Attorney Information:
AUSA  Kathleen Robeson    Telephone No:  (703) 299-3700    Bar # WV 13809; VA 89526
Complainant Agency, Address & Phone Number or Person & Title:
FBI Special Agent Michael Ross Beck; FBI Washington Field Office, 601 4th Street NW, Washington DC 20535

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC § 1343 | Wire Fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date:  07/09/2025          Signature of AUSA:  Kathleen E. Robeson